# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT MICHAEL "BUZZ" SHARRINGHAUSEN, succeeded by the ESTATE OF ROBERT MICHAEL SCHARRINGHAUSEN,<br><br>　　　　　　Defendant. | Case No. 03-cv-551 W (RBB)<br><br>**ORDER GRANTING MOTIONS TO REOPEN CASE, SUBSTITUTE ESTATE OF DEFENDANT AND RENEW JUDGMENT LIEN [DOC. 93]; AND NOTICE OF RENEWAL OF JUDGMENT** |

Pending before the Court is Plaintiff United States of America's motions to reopen this case, substitute the estate of the Defendant and renew the judgment lien. (*See Mot.* [Doc. 93].) Having read and considered the moving papers and good cause appearing, the Court **ORDERS** as follows:

- The United States' motion to reopen this case is **GRANTED**.
- The United States' motion to substitute the Defendant's estate as the proper party is **GRANTED**.
- The United States' motion to renew the judgment lien is **GRANTED**.

**NOTICE IS HEREBY GIVEN THAT** the abstract of judgment filed in this case on August 12, 2004 in accordance with 28 U.S.C. §3201(a), in favor of the United States and against Robert Michael Scharringhausen, succeeded by the Estate of Robert Michael Scharringhausen, in the sum of $488,307.96, plus accruals and statutory interest, less any payments, is hereby renewed for an additional twenty years.

**IT IS SO ORDERED.**

Dated:  October 30, 2023

_____
Hon. Thomas J. Whelan
United States District Judge