UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ROBERT M. SCHARRINGHAUSEN,
Defendant.

Case No.: 3:03-cv-551-W-MMP

**ORDER GRANTING MOTION OF COUNSEL TO WITHDRAW [DOC. 116]**

Before the Court is the motion of counsel of record, Richard Leo Fahey, for Defendant Robert Michael Buzz Scharringhausen ("Defendant") to withdraw as counsel. (*Mot*. [Doc. 116].) In 2007, the U.S. Court of Appeals for the Ninth Circuit affirmed this Court's judgment in this case. (*Appellate Judgmt*. [Doc. 92].) On September 22, 2023, the United States of America filed its motion to renew judgment lien, reopen this case, and substitute the Estate of Defendant after learning that Defendant died in 2020. (*Renewal Mot*. [Doc. 93].) On October 30, 2023, the Court granted the Government's motion to renew. (*Renewal Order* [Doc. 94].)

On February 12, 2026, non-party Nancy Schaedler-Moore filed a motion to intervene to move to vacate the Renewal Order. (*Mot. to Intervene* [Doc. 102].) The

motion was denied [Doc. 103] and on March 15, 2026, Ms. Schaedler-Moore filed a notice of appeal to the Ninth Circuit. *See United States v. Scharringhausen*, No. 26-1659 (9th Cir.). The Court takes judicial notice of that docket. Fed. R. Evid. 201.

On June 17, 2026, Mr. Fahey moved before the Court of Appeals to withdraw as counsel of record. On August 3, 2026, the Ninth Circuit granted Mr. Fahey's motion to withdraw. (*USCA Order* [Doc. 118].)

"A motion to withdraw as attorney of record must be served on the adverse party and on the moving party's client." Civ.L.R. 83.3(f)(3)(a). Mr. Fahey served the parties who have appeared in this case by electronically filing his motion on the Court's CM/ECF docket. Mr. Fahey reviewed his law firm's records for the last known address of Defendant, and he mailed copies of the motion to withdraw to three former addresses of record. (*Fahey Decl*. [Doc. 116-1] at 2.) Mr. Fahey represents under oath that no undue prejudice or delay will result from granting this motion in this case. (*Id*.) The appeal proceeds before the Ninth Circuit.

Because this case was concluded before this Court, Mr. Fahey's former client is deceased, no personal representative for the Estate of Defendant retained Mr. Fahey or his law firm, and no issue remains unresolved before this Court, good cause exists for counsel's withdrawal. Accordingly, the Court **GRANTS** the motion to withdraw [Doc. 116] as counsel of record.

**IT IS SO ORDERED.**

Dated: September 24, 2026

Hon. Thomas J. Whelan
United States District Judge